UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

BRAULIO THORNE AND ON BEHALF OF ALL
OTHER PERSONS SIMILARLY SITUATED,

              Plaintiffs,

    v.

DAVE BOFILL MARINE, INC.

             Defendants.

----------------------------------------x

No.: 1:19-cv-01061

**Notice of Voluntary Dismissal**

       Plaintiff(s), BRAULIO THORNE, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action without prejudice and without fees and costs.

Dated: New York, New York
       November 29, 2019

                                **GOTTLIEB & ASSOCIATES**

                                Jeffrey M. Gottlieb

                                Jeffrey M. Gottlieb, Esq. (JG-7905)
                                Dana L. Gottlieb, Esq (DG-6151)
                                150 East 18th Street
                                Suite PHR
                                New York, New York 10003
                                (212) 228-9795
                                Attorneys for Plaintiffs

SO ORDERED:

_____
United States District Court Judge